BEFORE THE THIRD DIVISION, OCTOBER 23, 1959

No. 63457.—Rosenthal Block China Corp. and Lang & Marshall Co., Inc., et al. *v.* United States, protests 285522–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a) ; and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

OCTOBER 16, 1959

No. 63458.—W. A. Lee Co. *v.* United States, protest 58/16944.— Motion of Government for rehearing granted.

OCTOBER 22, 1959

No. 63459.—John S. James, a/c The Consolidated Packaging Corporation *v.* United States, protest 317045–K.——C.D. 2116. Plaintiff's application for rehearing granted.

OCTOBER 19, 1959

No. 63460.—SUIT 4954.—United States *v.* Electrolux Corporation.——C.D. 1955 affirmed July 16, 1959. C.A.D. 718.

OCTOBER 20, 1959

No. 63461.—SUIT 4971.—United States *v.* Humble Oil & Refining Co. and Leslie B. Canion et al.——C.D. 2003 reversed July 10, 1959. C.A.D. 717.

OCTOBER 21, 1959

No. 63462.—SUIT 4974.—United States *v.* John A. Steer Co.——Abstract 62079 reversed July 10, 1959. C.A.D. 715.